| U.S. Department of Justice | Criminal Docket |
| Washington, D.C. | Presented in Corpus Christi |

CORPUS CHRISTI Division
Magistrate No.: N/A

File: INDICTMENT

CR. No.: **C-21-963**

Filed: November 10, 2021

County: Nueces

Judge: **Judge David S. Morales**

LIONS #: 2019R26440

Attorneys:

United States of America

JENNIFER B. LOWERY, ACTING U.S. ATTORNEY
REID MANNING, ASST. U.S. ATTORNEY

GRAND JURY ACTION     APP'D  RET

v.

ERIC EDMUNDO GARZA

PLEASE INITIAL

___AKA GUERO___

| TRUE BILL: | |
|---|---|
| NO BILL: | |

Charge(s): Ct. 1: Did knowingly and intentionally conspire to possess with intent to distribute approximately 1,000 kilograms or more of marihuana: 21 USC 846, 841(a)(1), and 841(b)(1)(A).

Penalty: Ct. 1: Not less than 10 years or more than life imprisonment without probation, parole or suspended sentence, or a fine not to exceed $10 million, or both; at least 5 years SRT; and a $100 Special Assessment.

In Jail:

On Bond:

No Arrest: XXX (Arrest Warrant)